II

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PETER DEBBINS, )
PETITIONER )
) CRIM. CASE 1:20-CR-193
V. ) CIV. CASE 1:22-CV-991
)
UNITED STATES OF AMERICA, )
RESPONDEST ) HONORABLE CLAUDE M. HILTON

RE-ENTRY PLAN FOR PETER DEBBINS

(A).

1. I AM FIFTY (50) YEARS OLD AND WAS BORN ON JANUARY 10, 1975 IN MINNEAPOLIS, MINNESOTA.

2. I WAS EDUCATED IN THE MINNEAPOLIS PUBLIC SCHOOLS AND COMPLETED MY B.A. INTERNATIONAL RELATIONS AND ARMY ROTC TRAINING AT THE UNIVERSITY OF MINNESOTA.

3. I FURTHERED MY EDUCATION BY ATTENDING A MASTERS PROGRAM AT THE INSTITUTE OF WORLD POLITICS, WASHINGTON, D.C. AND RECEIVED MY MASTERS DEGREE IN INTERNATIONAL STUDIES.

4. I PROUDLY AND HONORABLY SERVED MY BELOVED COUNTRY FOR TEN YEARS IN THE U.S. ARMY AND WAS PROMOTED TO THE RANK OF CAPTAIN, AND SUCCESSFULLY

FILED
MAILROOM
JUL 18 2025
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



CASE: 1:20-CR-193

~~EXECUTED~~ FULFILLED MY ASSIGNED DUTIES AND MISSIONS SERVING OVERSEAS TOURS IN KOREA AND GERMANY. MY MILITARY OCCUPATIONAL SPECIALTY (MOS) WAS 74 A, CHEMICAL, BIOLOGICAL, RADIOLOGICAL, NUCLEAR, ELECTRICAL (CBRNE) OFFICER, UNTIL I WAS SELECTED TO ATTEND THE MOST PRESTIGIOUS SCHOOL - COURSE IN OUR ELITE MILITARY; THAT OF A SPECIAL FORCES (GREEN BERET), Q-COURSE, WHICH I COMPLETED SUCCESSFULLY AND THROUGH INFINITE DEVOTION, DEDICATION, AND LOVE FOR OUR COUNTRY.

S. I HAVE 8 SISTERS AND 8 BROTHERS, ALL OF WHOM WILL ASSIST IN MY ADJUSTMENT BACK TO SOCIETY. DUE TO THE LARGE NUMBER OF SIBLINGS, I ASK YOU TO REFER TO MY PREVIOUSLY SUBMITTED FSA/COMPASSIONATE RELEASE MOTION, THE "FAMILY" SECTION. (DOCKET # 141 & # 142)

(B)

UPON RELEASE I WILL RESIDE WITH MY WHOLLY SUPPORTIVE AND LOVING CHERISHED FAMILY. I WAS MARRIED ON NOVEMBER 15, 1997 TO MY WIFE, YELENA, AND WE ARE STILL IN LOVE OF EACH OTHER. THAT LOVE HAS NEVER DIMINISHED AND IS AS STRONG AS THE DAY WE FIRST FELL

CASE 1:20-CR-193

IN LOVE. ~~AT~~ MY WIFE HAS B.B.A. AND M.B.A AND IS ALSO A STATE CERTIFIED MASSAGE THERAPIST. SHE IS EMPLOYED AT THE WILLOWS CREEK ACADEMY CARING AND TEACHING PRE-K AND ELEMENTARY STUDENTS. HER VERACITY AND REPUTATION ARE BEYOND REPROACH.

NO ONE IN MY FAMILY HAS EVER BEEN INVOLVED IN THE CRIMINAL JUSTICE SYSTEM AND ARE WHOLLY DEVOID OF ~~ANY~~ ANY CRIMINAL RECORDS

MY RESIDENCE WHICH WAS PURCHASED IN JULY 2013 IS LOCATED AT 13697 HASTENBECK DRIVE, GAINESVILLE, VIRGINIA ~~201~~ 20155. IT IS WORTH APPROXIMATELY ONE-MILLION DOLLARS AND HAS A MORTGAGE OF $2,800 PER MONTH. AT OUR RESIDENCE RESIDES MY THREE (3) BELOVED CHILDREN, WHOM I LOVE INFINITELY AND WITH WHOM I ENJOY A PRECIOUS, SUPPORTIVE, AND LOVING RELATIONSHIP.

MY ELDEST DAUGHTER, VERA DEBBINS IS 24 YEARS OLD AND WORKS AS A SALARIED MANAGER AT TARGET CORPORATION. SHE IS ALSO PURSUING A DEGREE IN BUSINESS ADMINISTRATION ~~AT THE~~ THROUGH THE UNIVERSITY OF MINNESOTA. ~~AND~~ SHE WILL HAVE HER B.B.A. NEXT YEAR

AND SHE WILL EMBARK ON THE EXECUTIVE TRACT AT THE FORTUNE 500 CORPORATION.

MY DAUGHTER, MARINA, IS A HIGH SCHOOL JUNIOR AND SHE WORKS AS A LIFEGUARD. SHE IS INTERESTED IN PURSUING A MILITARY CAREER

MY BABY, TAMARA, IS ONLY SEVEN (7) YEARS OLD AND THE GENUINE LOVE OF MY LIFE. SHE MISSES HER PAPA AS MUCH AS I MISS HER AND OUR LOVE AND DEDICATION TO EACH OTHER WILL PROVIDE MORE ~~DETERRANCE~~ DETERRANCE THAN ANY JUDICAL ORDER TO ENSURE THERE WILL NEVER BE RECIDIVISM.

MY FATHER IS 92 YEARS OLD, RETIRED AS AN ELECTRICAL ENGINEER. HE LIVES IN MINNESOTA WITH MY SISTER, JOAN, AND OUR BOND IS FERVENT AND IMPECCABLE. I WILL SPEND AS MUCH TIME WITH HIM AS POSSIBLE AS OUR LOVE FOR ONE ANOTHER IS EXTRAORDINARY.

(C)

MY PRIOR EMPLOYMENT, EDUCATION, AND TRAINING WILL ~~GE~~ GIVE ME INORDINATE EMPLOYMENT OPPORTUNITIES. I AM AN EXPERT CYBER ANALYST WITH GIFTED

SKILLS AND HAVE WORKED FOR: IBM; CACI; BOOZ ALLEN HAMILTON; AND MISSION ESSENTIAL.

I AM CAUTIOUSLY CONFIDENT MY SPECIAL SKILLS IN CYBER SECURITY WILL BE WELCOMED BY A MULTITUDE OF MAJOR CORPORATIONS AND CONTRACTORS, EVEN IF I AM INCAPABLE OF HOLDING A SECRET SECURITY CLEARANCE. I COULD ALSO INSTRUCT IN THIS FIELD WHICH MAKES ME A SOUGHT AFTER ASSET.

I WILL ALSO VOCIFEROUSLY PURSUE ENDEAVORS IN THE FIELD OF EDUCATION AS I HAVE AUTHORED A PLETHORA OF ARTICLES ON RUSSIA, AND HAVE LECTURED NATIONALLY AND INTERNATIONALLY ON RUSSIA AND CYBER SECURITY.

DURING MY EMPLOYS I ALSO HAVE GAINED AN EXPERTISE IN LOGISTICS WHICH THERE IS A LABOR SHORTAGE IN AND WILL MAINTAIN LEGAL, GAINFUL, AND FULL-TIME EMPLOYMENT.

(D) <u>CONTRIBUTIONS TO SOCIETY</u>.

I AM A MASTER IN RUSSIAN STUDIES, CYBER-SECURITY, AND A DYNAMIC EDUCATOR. I CAN ASSIST SOCIETY IN DEVELOPING, PLANNING, AND EDUCATING OTHERS IN THE TERRORS, MAGNANIMOUS - CONSEQUENTIAL, AND

CASE 1:20-CR-193

IMPACTFUL ADVERSITIES OF THE ~~DELITERIOUS~~ DELETERIOUS EFFECTS - IMPACTS BY BREACHES OF OUR SECURITY; AND HOW TO PREVENT THIS FROM DEVASTATING OUR COMMUNITY AND BUSINESSES.

I WILL ALSO LECTURE ON WHAT OCCURRED TO ME AND THE DIAGNOSIS AND CONSEQUENCES OF UNTREATED BIPOLAR ILLNESS; AND HOW IF TREATED PROPERLY ONE CAN LIVE A FRUITFUL AND PRODUCTIVE LIFE. I COULD SAVE LIVES AND FAMILIES, AND HELP OTHERS WHOM HAVE EXPERIENCED MY SYMPTOMS ARE UNABLE TO REALIZE HOW PROFESSIONAL HELP, COUNSELLING, AND MEDICATION CAN RETURN YOU TO BE AN ASTUTE ~~AND~~ CONTRIBUTOR TO SOCIETY

RESPECTFULLY,

DATED: JULY 6, 2025

[signature]

PETER DEBBINS - 05852509
USP - ADMAX
PO BOX 8500
FLORENCE, COLORADO
81226 - 8500